## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Alicia Dolores Becerra,

\* From the 104th District
Court of Taylor County,
Trial Court No. 17420B.

Vs. No. 11-11-00035-CR

\* January 31, 2013

State of Texas,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.